UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMY COLBURN; GREG COLBURN,<br><br>Defendant. | Case No. 19-mj-70373-JCS-3, 4<br><br>**ORDER DENYING MOTIONS FOR PRELIMINARY HEARING**<br><br>Re: Dkt. Nos. 33, 34 |

Defendants Amy Colburn and Greg Colburn have filed Motions for a Preliminary Hearing.

IT IS HEREBY ORDERED that the Motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge